**Edsel SLONE, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

June 23, 1954.

Robert S. Wellman, Prestonsburg, for appellant.

J. D. Buckman, Jr., Atty. Gen., Zeb A. Stewart, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Lawrence Circuit Court, James W. Turner, Judge.

Edsel Slone was indicted on a charge of assault and battery, a common law misdemeanor. He was convicted and fined $750. Slone has moved for an appeal in this court on the ground that an error was committed during his trial because of the involuntary absence of himself and his counsel during his trial.

An examination of the record discloses no error prejudicial to Slone's substantial rights on the trial.

The motion for an appeal is overruled and the judgment is affirmed.